**Ramzan ALI, also known as Ali Ramzan; Raheel Ali, also known as Ali Raheel, Petitioners,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60233.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 28, 2005.

---

Christopher William Helt, Law Offices of Christopher W. Helt, Chicago, IL, for Petitioners.

Thomas Ward Hussey, Director, Elizabeth J. Stevens, U.S. Department of Justice Office of Immigration Litigation, Norah Ascoli Schwarz, U.S. Department of Justice Civil Division Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Pro Se.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM: *

Petitioners appeal the Board's denial of their petition to reopen the removal proceeding. There being no new facts set

Therefore, LDI's contention that this Court does not have jurisdiction over this appeal is without merit.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

forth, reopening was not warranted. No other issue is properly before this court.

Petition DENIED.